IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

BRAD I. FISHER                                                                                          PETITIONER

VERSUS                                                              CIVIL ACTION NO. 5:05cv39DCB-JCS

WARDEN CONSTANCE REESE                                                             RESPONDENT

<u>ORDER</u>

This cause comes before the court, *sua sponte*. Having considered the issues presented by the petitioner in the instant petition and in light of *Moreland v. Federal Bureau of Prisons*, No. 05-20347 (5th Cir. Nov. 10, 2005), *petition for cert. filed*, (U.S. Dec. 8, 2005)(No.05-8268) pending before the United States Supreme Court, this court has determined that this civil action shall be stayed pending the Supreme Court's decision in *Moreland*.

SO ORDERED, this the 12th day of April, 2006.


<u>S/DAVID BRAMLETTE</u>
UNITED STATES DISTRICT JUDGE