IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

BRAD I. FISHER, #51232-019                                                          PETITIONER

VERSUS                                                CIVIL ACTION NO.  5:05cv39-DCB-MTP

M. PETTIFORD, Warden FCI-Yazoo City                                          RESPONDENT

## FINAL JUDGMENT

This cause is before the court, sua sponte, for consideration of dismissal.  Pursuant to the memorandum opinion issued this day, it is hereby, ORDERED AND ADJUDGED that this cause filed pursuant to 28 U.S.C. § 2241 be dismissed without prejudice for this court's lack of jurisdiction.

SO ORDERED AND ADJUDGED, this the   10th day of   May  , 2007.


                                             s/ David Bramlette
                                            UNITED STATES DISTRICT JUDGE